United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15289-mdc
Andrew M Miller                                                           Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey          Page 1 of 1          Date Rcvd: Dec 19, 2019
                             Form ID: 211           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db            +Andrew M Miller,   3332 S Front St,   Whitehall, PA 18052-3520
cr            ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,   P.O. Box 62180,
               Colorado Springs, CO 80921)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          ALEXANDER G. TUTTLE    on behalf of Debtor Andrew M Miller  agt@tuttlelegal.com,
           allie@tuttlelegal.com
          HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC  hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER  mhkaliner@gmail.com,  pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
           Et Al... bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re:                                                    Chapter: 7

     Andrew M Miller

Debtor(s)                                                 Case No: 19−15289−mdc

---

### *ORDER*

    AND NOW, 12/19/19 , the debtor having failed to file either a statement regarding completion

of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),


    And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),


    Accordingly, it is hereby ORDERED that the debtor shall have until 1/2/20 to file a statement

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P.

4004.


                          For The Court

                          Magdeline D. Coleman

                          Chief Judge ,United States
                          Bankruptcy Court