Certificate Number: 06501-PAE-DE-033733865

Bankruptcy Case Number: 19-15289



06501-PAE-DE-033733865

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 21, 2019</u>, at <u>5:55</u> o'clock <u>PM CST</u>, <u>Andrew Miller</u> completed a course on personal financial management given <u>by internet</u> by <u>Arbor Investments LTD.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 21, 2019</u>           By:    <u>/s/Carlo Skrupa</u>

                                         Name:  <u>Carlo Skrupa</u>

                                         Title: <u>Program Manager</u>