```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                      Case No. 19-15289-mdc
Andrew M Miller                                             Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2           Date Rcvd: Dec 27, 2019
                              Form ID: 318             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db             +Andrew M Miller,    3332 S Front St,    Whitehall, PA 18052-3520
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14378518       +Aes/ Bony Us,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14378521       +Aes/pheaa,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14378526       +Aes/pnc Bank,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14378525       +Aes/pnc Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14378535       +GH Harris Associates Inc,    PO Box 216,    Dallas, PA 18612-0216
14378536       +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14378538       +Peerless Credit Services Inc.,    PO BOX 518,    Middletown, PA 17057-0518
14378540       +Portnoff Law,    2700 Horizon Dr,    Suite 100,    King of Prussia, PA 19406-2726
14378541       +RMP, LLC,    PO BOX 20508,    Indianapolis, IN 46220-0508
14378543       +St Lukes University Health,    PO Box 788187,    Philadelphia, PA 19178-8187
14378544       +United Collections Bureau Inc,    PO Box 1418,    Maumee, OH 43537-8418
14378545       +United Colletions Bureau Inc,    po box 1418,    Maumee, OH 43537-8418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2019 02:35:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 28 2019 02:35:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14378528       +EDI: CAPITALONE.COM Dec 28 2019 07:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14378529       +E-mail/Text: bankruptcy@cavps.com Dec 28 2019 02:35:41      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14378531       +EDI: CHASE.COM Dec 28 2019 07:28:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
14378532        EDI: DISCOVER.COM Dec 28 2019 07:28:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
14381381        EDI: FORD.COM Dec 28 2019 07:28:00      Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80921
14378534       +E-mail/Text: Banko@frontlineas.com Dec 28 2019 02:36:03      Frontline Assett Strategies,
                 2700 Snelling Ave. N,    Ste. 250,    Saint Paul, MN 55113-1783
14378537       +EDI: FORD.COM Dec 28 2019 07:28:00      Lincoln Automotive Financial Service,    Attn: Bankruptcy,
                 Po Box 542000,    Omaha, NE 68154-8000
14378539       +E-mail/Text: info@padermpartners.com Dec 28 2019 02:36:00      Pennsylvania Dermatology Partners,
                 258 Ben Franklin Hwy,    Birdsboro, PA 19508-8772
14378542       +E-mail/Text: jennifer.chacon@spservicing.com Dec 28 2019 02:36:04
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14378527        Best Buy/cbna
14378519*      +Aes/ Bony Us,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14378520*      +Aes/ Bony Us,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14378522*      +Aes/pheaa,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14378523*      +Aes/pheaa,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14378524*      +Aes/pheaa,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14378530*      +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
14378533*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial,    Attn: Bankruptcy Department,    Po Box 15316,
                 Wilmington, DE 19850)
                                                                            TOTALS: 1, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-4          User: admin              Page 2 of 2             Date Rcvd: Dec 27, 2019
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              ALEXANDER G. TUTTLE    on behalf of Debtor Andrew M Miller agt@tuttlelegal.com,
               allie@tuttlelegal.com
              HOWARD  GERSHMAN    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee
               Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andrew M Miller** | Social Security number or ITIN  **xxx–xx–4507** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:  **19–15289–mdc** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew M Miller

12/26/19                                                                  **By the court:**  Magdeline D. Coleman
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**