## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew M. Miller<br>　　　　　Debtor | CHAPTER 7 |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2<br>　　　　　Movant<br>vs. | NO. 19-15289 MDC |
| Andrew M. Miller<br>　　　　　Debtor<br>Michael H. Kaliner Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this 8th day of January, 2020 at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 to exercise its rights pursuant to the loan documents regarding the premises 3332 South Front Street aka 3332 Front Street Whitehall, PA 18052. It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

cc: See attached service list

　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge